UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO RUBIO,<br><br>　　　　　Plaintiff,<br>　　vs.<br><br>MOHAMED M. NAGI,<br><br>　　　　　Defendant.<br>_____/ | CASE NO. CV F 11-1943 LJO BAM<br><br>**ORDER AFTER SETTLEMENT**<br>(Doc. 8.) |

　　　　Plaintiff's counsel notified this Court that settlement has been reached. Pursuant to this Court's Local Rule 160, this Court ORDERS the parties, **no later than February 29, 2012,** to file appropriate papers to dismiss or conclude this action in its entirety, or to show good cause why the action has not been dismissed.

　　　　This Court VACATES all pending dates and matters, including the February 2, 2012 scheduling conference.

　　　　Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rules 160 and 272.

　　　　IT IS SO ORDERED.

**Dated:　January 27, 2012**　　　　　　　　　／s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE