1
2
3
4
5
6                          UNITED STATES DISTRICT COURT

7                          EASTERN DISTRICT OF CALIFORNIA

8

9    FERNANDO RUBIO,                          CASE NO. CV F 11-1943 LJO BAM

10                   Plaintiff,               **ORDER AFTER SETTLEMENT**
             vs.                              (Doc. 8.)
11
     MOHAMED M. NAGI,
12
                     Defendant.
13   _____/

14          Plaintiff's counsel notified this Court that settlement has been reached.  Pursuant to this Court's

15   Local Rule 160, this Court ORDERS the parties, **no later than February 29, 2012,** to file appropriate

16   papers to dismiss or conclude this action in its entirety, or to show good cause why the action has not

17   been dismissed.

18          This Court VACATES all pending dates and matters, including the February 2, 2012 scheduling

19   conference.

20          Failure to comply with this order may be grounds for the imposition of sanctions on counsel or

21   parties who contributed to violation of this order.  *See* Local Rules160 and 272.

22          IT IS SO ORDERED.

23   **Dated:    January 27, 2012**           _____/s/ Lawrence J. O'Neill_____
                                              UNITED STATES DISTRICT JUDGE
24

25

26

27

28