1  K. Randolph Moore, SBN 106933
   Tanya E. Moore, SBN 206683
2  MOORE LAW FIRM, P.C.
   332 North Second Street
3  San Jose, California  95112
   Telephone: (408) 298-2000
4  Facsimile:  (408) 298-6046

5  Attorneys for Plaintiff
   Fernando Rubio

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO RUBIO,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MOHAMED M. NAGI dba LA BUENA MARKET,<br><br>　　　　Defendant. | No:  1:11-CV-01943-LJO-BAM<br><br>**STIPULATION FOR DISMISSAL OF ACTION; [PROPOSED] ORDER** |

　　　IT IS HEREBY STIPULATED by and between Plaintiff Anthony Lerma ("Plaintiff") and Defendant Mohamed M. Nagi dba La Buena Market ("Defendant"), by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(2), Defendant Mohamed M. Nagi dba La Buena Market be dismissed with prejudice from this action.

　　　IT IS FURTHER STIPULATED between Plaintiff and Defendant that this case has been settled as between them and all issues and controversies have been resolved to their mutual satisfaction. Plaintiff and Defendant request the Court to retain jurisdiction to enforce the terms of their settlement agreement under the authority of *Kokkonen v. Guardian Life Ins. Co. of America,* 511 U.S. 375, 381-82 (1994).

///

///

*Rubio v. Nagi, et al.*
Stipulation for Dismissal; [Proposed] Order

Page 1

Date: February 10, 2012                                    MOORE LAW FIRM, P.C.


                                         /s/ Tanya E. Moore
                                         Tanya E. Moore
                                         Attorney for Plaintiff Anthony Lerma


Dated: February 9, 2012                                    /s/ James M. Makasian
                                         James M. Makasian
                                         Attorney for Defendant Mohamed M. Nagi
                                         dba la Buena Market


## **ORDER**

The parties having so stipulated,

**IT IS HEREBY ORDERED** as follows:

    1.    Plaintiff Fernando Rubio and Defendant Mohamed M. Nagi dba La Buena Market shall comply with the terms of the confidential Settlement Agreement and Release in Full, the terms of which are incorporated herein by reference.

    2.    By consent of Plaintiff Fernando Rubio and Defendant Mohamed M. Nagi dba La Buena Market, the Court shall retain jurisdiction in this matter for the purpose of enforcing the terms of the settlement agreement.

    3.    Except as provided for in paragraphs 1 and 2 above, Mohamed M. Nagi dba La Buena Market is dismissed with prejudice from this action.

    The clerk is directed to close this action.


IT IS SO ORDERED.

   Dated:  **February 10, 2012**                **/s/ Lawrence J. O'Neill**
                                                      UNITED STATES DISTRICT JUDGE

*Rubio v. Nagi, et al.*
Stipulation for Dismissal; [Proposed] Order
                                         Page 2